UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.T., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-00116 |
| | ) |
| WILLIAM BARR, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATEMENT ON SCHEDULING

Pursuant to the Court's January 21, 2020 order, the parties, having met and conferred, jointly propose the following schedule and deadlines for further proceedings in this case:

1. **February 13**: Defendants produce the Administrative Record.

2. **February 28**: Plaintiffs' motion for summary judgment, up to 45 pages.

3. **March 6**: Amicus briefs supporting Plaintiffs.

4. **March 25**: Defendants' cross motion for summary judgment and opposition, up to 65 pages.

5. **April 1**: Amicus Briefs supporting Defendants.

6. **April 10**: Plaintiffs' opposition and reply, up to 45 pages.

7. **April 29**: Defendants' reply, up to 25 pages.

The parties also jointly propose a mechanism for resolving any disputes concerning the administrative record as follows:

1. **February 19**: Plaintiffs lodge any objections to the administrative record in writing to Defendants.

2. **February 20**: Parties meet and confer to attempt to resolve any dispute.

3. **February 24**: If any disputes exist and remain unresolved, the parties shall file a joint status report concerning how to proceed, including what disputes remain, what briefing may be necessary to resolve those disputes, a schedule for that briefing, and the parties' positions on whether the dispute necessitates resolving the record disputes before merits briefing occurs.

Dated: January 24, 2020

Respectfully submitted,

/s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
District Court Section
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: 202-307-4293
Email: erez.r.reuveni@usdoj.gov

*Attorneys for Defendants*

/s/ *Keren Zwick*
KEREN ZWICK
National Immigrant Justice Center
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
Tel: (312) 660-1370
Email: KZwick@heartlandalliance.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> By: */s/ Erez Reuveni*
> EREZ REUVENI