IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **U.T., et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**WILLIAM BARR, Attorney General of the United States, in his official capacity, et al.,**<br><br>　　　　　　　　　　　Defendants. | **Case: 1:20-cv-00116 (EGS)** |

### MOTION OF THE STATES OF CALIFORNIA, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, RHODE ISLAND, VERMONT, WASHINGTON, AND THE DISTRICT OF COLUMBIA TO FILE A BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS

　　　The District of Columbia and the State of California respectfully move to file the lodged brief as amici curiae in support of Plaintiffs' Motion for Summary Judgment on their own behalf and that of the States of Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington.  Under Local Civil Rule 7(o)(1), the District and undersigned States are not required to obtain the consent of the parties or leave of Court to file an amicus brief.  Further, the filing of this brief is timely under the Court's briefing schedule issued through its Minute Order of January 27, 2020.  Although this motion is not required, it is being filed to ensure that the Clerk's Office may enter the lodged brief on the docket by the deadline in this Court's briefing schedule.

Dated: March 6, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SUSAN E. SLAGER
Supervising Deputy Attorney General
MARISSA MALOUFF
JAMES F. ZAHRADKA II

*s/ R. Erandi Zamora-Graziano*
R. ERANDI ZAMORA-GRAZIANO
(Cal. SBN 281929)*
Deputy Attorneys General
*Attorneys for Amicus Curie State of California*
*Filing pursuant to LCvR 83.2(f)*

KARL A. RACINE
Attorney General for the District of Columbia
KATHLEEN KONOPKA
Deputy Attorney General
NICOLE HILL

*s/ James Graham Lake*
JAMES GRAHAM LAKE (DC Bar No. 1028853)
Assistant Attorneys General
*Attorneys for Amicus Curiae District of Columbia*

| | |
|---|---|
| WILLIAM TONG<br>*Attorney General*<br>*State of Connecticut*<br>55 Elm Street<br>Hartford, CT 06106 | KATHLEEN JENNINGS<br>*Attorney General*<br>*State of Delaware*<br>820 North French Street<br>Wilmington, DE 19801 |
| CLARE E. CONNORS<br>*Attorney General*<br>*State of Hawaii*<br>425 Queen Street<br>Honolulu, HI 96813 | KWAME RAOUL<br>*Attorney General*<br>*State of Illinois*<br>100 W. Randolph Street, 12th Fl.<br>Chicago, IL 60601 |

AARON M. FREY
*Attorney General*
*State of Maine*
6 State House Station
Augusta, ME  04333-0006

MAURA HEALEY
*Attorney General*
*Commonwealth of Massachusetts*
One Ashburton Place
Boston, MA 02108

KEITH ELLISON
*Attorney General*
*State of Minnesota*
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

GURBIR S. GREWAL
*Attorney General*
*State of New Jersey*
25 Market Street, Box 080
Trenton, NJ 08625

LETITIA JAMES
*Attorney General*
*State of New York*
28 Liberty Street
New York, NY 10005

PETER F. NERONHA
*Attorney General*
*State of Rhode Island*
150 S. Main Street
Providence, RI 02903

ROBERT W. FERGUSON
*Attorney General*
*State of Washington*
P.O. Box 40100
Olympia, WA 98504

BRIAN E. FROSH
*Attorney General*
*State of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

DANA NESSEL
*Attorney General*
*State of Michigan*
P.O. Box 30212
Lansing, MI 48909

AARON D. FORD
*Attorney General*
*State of Nevada*
100 North Carson Street
Carson City, NV 89701

HECTOR BALDERAS
*Attorney General*
*State of New Mexico*
P.O. Drawer 1508
Santa Fe, NM 87504

ELLEN F. ROSENBLUM
*Attorney General*
*State of Oregon*
1162 Court Street N.E.
Salem, OR 97301

THOMAS J. DONOVAN, JR.
*Attorney General*
*State of Vermont*
109 State Street
Montpelier, VT 05609