UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:20-cv-00116-EGS |

**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE EVIDENCE OUTSIDE THE ADMINISTRATIVE RECORD**

The Court GRANTS Defendants' Motion to Strike Evidence Outside the Administrative Record and hereby:

1) Strikes Plaintiffs' Statement of Material Facts Not in Genuine Dispute, ECF No. 38-2;

2) Strikes Plaintiffs' Exhibits, ECF No. 38-3, ECF No. 38-4, ECF No. 38-5, ECF No. 38-6, ECF No. 38-7, ECF No. 38-8, ECF No. 38-9, ECF No. 38-10, ECF No. 38-11, and ECF No. 38-12; and

3) Declines to consider these materials and all other extra-record materials cited by Plaintiffs in support of their motion for summary judgment, ECF No. 38, or in any opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　United States District Judge