UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILLIAM BARR, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:20-cv-00116 (EGS) |

## PLAINTIFFS' REQUEST FOR HEARING ON THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT

On April 29, 2020, the parties completed briefing on their cross motions for summary judgment and evidentiary disputes related to those motions, in accordance with the Court's January 27 and February 25, 2020, orders. Plaintiffs respectfully request that the Court set a hearing on the pending motions to take place via teleconference or videoconference in light of restrictions on access to the courthouse and Plaintiffs' counsel's current inability to travel.

Plaintiffs respectfully request that the Court set a hearing at the Court's earliest convenience, as the Individual Plaintiffs who are vulnerable asylum seekers remain in dangerous conditions in Central America.

Plaintiffs have availability on the following upcoming dates: May 27, 28, 29 and June 1, 3, 4, and 5.

Plaintiffs have conferred with Defendants who represent as follows: "Should the Court decide to hear argument, Defendants' counsel respectfully request that it not be held the last two weeks of May or the second week of June. Defendants' counsel have numerous court deadlines during those weeks, and so request that if the Court is inclined to hold argument in the near term,

2

that it do so the week of June 1. Should the Court schedule argument after that week, Defendants request an opportunity to propose mutually agreeable dates with Plaintiffs."

Dated: May 7, 2020                    Respectfully submitted,

                                      /s/ *Katrina Eiland*
                                      KATRINA L. EILAND
                                      American Civil Liberties Union Foundation
                                      Immigrants' Rights Project
                                      39 Drumm Street
                                      San Francisco, CA 94111
                                      Tel: (415) 343-0770
                                      Email: keiland@aclu.org

                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Katrina Eiland*
Katrina Eiland