### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.T., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-00116-EGS |
| MERRICK GARLAND, *et al.*, | |
| Defendants. | |

### JOINT STATUS REPORT

On February 22, 2021, the parties filed a joint motion to hold this case in abeyance. *See* ECF No. 121. As noted in that motion, the Secretary of State had announced that the asylum cooperative agreements at issue in this case were being terminated, and the President had issued an Executive Order directing the Attorney General and Secretary of Homeland Security to review and determine whether to rescind the rule at issue in this case, as well as any associated agency guidance. *Id*. at 2-3. The Court granted the parties' motion and issued the following order:

> MINUTE ORDER. In view of the parties' representations that the government is reviewing the remaining policies at issue in this case and that the parties are involved in ongoing discussions to resolve this case without further litigation, see Joint Mot., ECF No. 121, it is hereby ORDERED that this case is STAYED pending further order of the Court. The parties are directed to submit a joint status report with a recommendation for further proceedings by no later than April 23, 2021.

*See* Minute Order (Mar. 15, 2021). The Court subsequently extended the deadline for that joint status report until May 24, 2021. *See* Minute Order (Apr. 26, 2021).

On May 24, 2021, the parties submitted a joint status report noting that the six individual Plaintiffs had returned to the United States. ECF No. 128. The parties also noted that, all Plaintiffs

agree that the only additional litigation they may pursue in this case would be to challenge any prospective application of the rule,[1] related guidance, and any associated application of the challenged country-specific determinations under 8 U.S.C. § 1158(a)(2)(A) that a country provides "access to a full and fair procedure for determining a claim to asylum or equivalent temporary protection." ECF No. 128 at 1-2. The parties further noted that, because President Biden had issued an executive order directing the Attorney General and the Secretary of Homeland Security to "review and determine whether to rescind the interim final rule … as well as any agency memoranda or guidance issued in reliance on that rule," 86 Fed. Reg. at 8,270, further litigation should be stayed until the agencies complete that review. *Id*. Since then the parties have submitted additional joint status reports noting that the agencies' review was still ongoing and recommending that the case remain stayed. *See* ECF Nos. 130-144.

On January 3, 2024, the Court issued a minute order stating: "In view of [144] joint status report, the parties are directed to file another joint status report with a recommendation for further proceedings by no later than June 3, 2024." *See* Minute Order (Jan. 3, 2024).

The agencies' review of the challenged rule and associated guidance remains ongoing at this point. Accordingly, the parties recommend that this case continue to be stayed to allow the agencies to complete that review. The parties request that the Court set a deadline for another joint status report in 90 days.

---

[1] *See* Implementing Bilateral and Multilateral Asylum Cooperative Agreements Under the Immigration and Nationality Act, 84 Fed. Reg. 63,994 (Nov. 19, 2019).

Dated: June 3, 2024                    Respectfully submitted,

                                       _/s/ Keren Zwick_
                                       KEREN ZWICK (D.D.C. Bar No. IL0055)
                                       National Immigrant Justice Center
                                       224 S. Michigan Ave. Suite 600
                                       Chicago, Illinois 60604
                                       Tel: (312) 660-1364
                                       Email: kzwick@heartlandalliance.org

                                       _Counsel for Plaintiffs_


                                       _/s/ Brian C. Ward_
                                       BRIAN C. WARD
                                       Senior Litigation Counsel
                                       U.S. Department of Justice, Civil Division
                                       Office of Immigration Litigation
                                       District Court Section
                                       P.O. Box 868, Ben Franklin Station
                                       Washington, D.C. 20044
                                       Tel: (202) 616-9121
                                       Email: brian.c.ward@usdoj.gov

                                       _Counsel for Defendants_

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 3, 2024, I served a copy of the foregoing document on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

*/s/ Brian C. Ward*
BRIAN C. WARD
U.S. Department of Justice
