UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>PAMELA BONDI,[1] *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-00116-EGS |

**JOINT STATUS REPORT**

  On February 22, 2021, the parties filed a joint motion to hold this case in abeyance. *See* ECF No. 121. As noted in that motion, the Secretary of State had announced that the asylum cooperative agreements at issue in this case were being terminated, and the President had issued an Executive Order directing the Attorney General and Secretary of Homeland Security to review and determine whether to rescind the rule at issue in this case, as well as any associated agency guidance. *Id*. at 2-3. The Court granted the parties' motion, and since that time the Court has issued periodic orders for the parties to submit status reports. *See e.g.*, Minute Order (Mar. 15, 2021).

  On May 24, 2021, the parties submitted a joint status report noting that the six individual Plaintiffs had returned to the United States and that all Plaintiffs agree that the only additional litigation they may pursue in this case would be to challenge any prospective application of the

---

[1] Under Fed. R. Civ. P. 25(d), Pamela Bondi is automatically substituted for the former Attorney General.

1

rule,[2] related guidance, and any associated application of the challenged country-specific determinations under 8 U.S.C. § 1158(a)(2)(A) that a country provides "access to a full and fair procedure for determining a claim to asylum or equivalent temporary protection." ECF No. 128 at 1-2. Since then the parties have submitted additional joint status reports noting that the agencies' review of the rule was still ongoing and recommending that the case remain stayed. *See* ECF Nos. 130-146. On March 5, 2025, the Court issued a minute order stating: "In view of [146] joint status report, the parties are directed to file another joint status report with a recommendation for further proceedings by no later than June 6, 2025." *See* Minute Order (Mar. 5, 2025).

At this time the parties recommend that this case remain stayed to give the Administration additional time to determine how to proceed. There are currently no asylum cooperative agreements covered by the rule at issue in this case. If that changes, Defendants will notify Plaintiffs and the parties can confer and submit a status report to the Court on how they propose to proceed.

---

[2] *See* Implementing Bilateral and Multilateral Asylum Cooperative Agreements Under the Immigration and Nationality Act, 84 Fed. Reg. 63,994 (Nov. 19, 2019).

Dated: June 6, 2025                        Respectfully submitted,

*/s/ Keren Zwick*
KEREN ZWICK (D.D.C. Bar No. IL0055)
National Immigrant Justice Center
224 S. Michigan Ave. Suite 600
Chicago, Illinois 60604
Tel: (312) 660-1364
Email: kzwick@heartlandalliance.org

*Counsel for Plaintiffs*


*/s/ Brian C. Ward*
BRIAN C. WARD
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-9121
Email: brian.c.ward@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I certify that on June 6, 2025, I served a copy of the foregoing document on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

                                              */s/ Brian C. Ward*
                                              BRIAN C. WARD
                                              U.S. Department of Justice