# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*, *Plaintiffs*, v. PAMELA BONDI, *et al.*, *Defendants*. | No. 1:20-cv-116-EGS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO LIFT ABEYANCE**

Upon consideration of Plaintiffs' unopposed motion to lift the abeyance in this case, it is ORDERED that the motion is GRANTED and the abeyance previously ordered in this case is hereby lifted.

SO ORDERED.

Dated: _____     _____

Hon. Emmet G. Sullivan
United States District Judge