IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>*Defendants*. | No. 1:20-cv-116-EGS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Motion for Leave to File First Amended Complaint dated September 8, 2025, it is ORDERED that the motion is GRANTED and Plaintiffs' proposed Amended Complaint shall be filed.

SO ORDERED.

Dated: _____     _____
                                                                    Hon. Emmet G. Sullivan
                                                                    United States District Judge