**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., et al., <br>  *Plaintiffs*, <br>vs. <br>Pamela Bondi, et al., <br>  *Defendants*. | Case No. 20-cv-116 <br><br> Hon. Emmet G. Sullivan |

**NOTICE OF DISMISSAL OF PLAINTIFF D.G.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff D.G. dismisses his claims against all Defendants prior to any answer or motion for summary judgment.

Dated: December 18, 2025

s/ Gerardo Romo
Keren Zwick (D.D.C. Bar. No. IL0055)
Mary Georgevitch**
Gerardo Romo*
Mark Fleming*
Charles G. Roth*
National Immigrant Justice Center
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
(312) 660-1370
kzwick@immigrantjustice.org
mgeorgevich@immigrantjustice.org
gromo@immigrantjustice.org
mfleming@immigrantjustice.org
croth@immigrantjustice.org

Melissa Crow (D.C. Bar No. 453487)
Center for Gender & Refugee Studies
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
Washington, DC 20006
(202) 355-4471
crowmelissa@uclawsf.edu

Respectfully Submitted,

Lee Gelernt*
Omar Jadwat*
Natalie Behr**
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org
ojadwat@aclu.org
irp_nbehr@aclu.org

Morgan Russell*
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
mrussell@aclu.org

Blaine Bookey**
Karen Musalo*
Peter Habib**
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
(415) 565-4877
bookeybl@uclawsf.edu
musalok@uclawsf.edu
habibpeter@uclawsf.edu

Anwen Hughes**
Inyoung Hwang**
Human Rights First
121 W. 36th St., PMB 520
New York, NY 10018
(212) 845-5200
hughesa@humanrightsfirst.org
hwangs@humanrightsfirst.org

Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation of
the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 457-0800
aspitzer@acludc.org
smichelman@acludc.org

*Attorneys for Plaintiffs*
\* *Appearing pro hac vice or pro bono*
   \*\* *Application for admission pro hac vice or pro bono appearance forthcoming*