# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*, *Plaintiffs*, v. PAMELA BONDI, *et al.*, *Defendants*. | No. 1:20-cv-116-EGS |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Upon consideration of Plaintiffs' Motion for Leave to File Second Amended Complaint dated December 19, 2025, it is ORDERED that the motion is GRANTED and Plaintiffs' proposed Second Amended Complaint shall be filed.

SO ORDERED.

Dated: _____         _____
                                        Hon. Emmet G. Sullivan
                                        United States District Judge