**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| U.T., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:20-cv-116-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MORGAN RUSSELL
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Morgan Russell, hereby declare:

1.  I am an attorney at the American Civil Liberties Union Foundation ("ACLU") Immigrants' Rights Project, and I am co-counsel for Plaintiffs in this case. I make this declaration to describe my qualifications and those of my ACLU colleague Lee Gelernt to serve as counsel for the Proposed Class in this case.

2.  <u>Morgan Russell</u>. I am a Senior Staff Attorney at the ACLU Immigrants' Rights Project, where I have worked since 2019. I graduated from the Cardozo School of Law in 2011 and clerked for the Honorable James L. Dennis of the Fifth Circuit Court of Appeals. I am a member of the New York and California bars, and I am admitted to practice before the U.S. Supreme Court, the U.S. Courts of Appeals for the Ninth Circuit, and the U.S. District Courts for the Northern and Central Districts of California.

3.  I serve as counsel on several major lawsuits challenging asylum restrictions. *See, e.g., Refugee & Immigrant Center for Education & Legal Services (RAICES) vs. Noem*, No. 1:25-cv-306 (D.D.C. filed Feb. 3, 2025); *East Bay Sanctuary Covenant v. Barr*, No. 19-cv-4073 (N.D. Cal. filed July 16, 2019); *I.A. v. Barr*, No. 19-cv-2530 (D.D.C. filed Aug. 19, 2019); *U.T. v. Barr*, No. 21-cv-100 (D.D.C. filed Jan. 15, 2020); *M.A. v. Mayorkas*, No. 23-cv-1843 (D.D.C. filed June 23, 2023); *Las Americas Immigrant Advocacy Ctr. v. DHS*, No. 24-cv-1702 (D.D.C. filed June 12, 2024).

4.  In *RAICES v. Noem*, I serve as class counsel on behalf of a nationwide class of asylum seekers challenging government policies restricting access to asylum. I also represented nationwide classes of asylum seekers in two suits in this District challenging the Title 42 process under which the U.S. government summarily expelled asylum seekers without

access to statutory protections. *See P.J.E.S. v. Wolf*, No. 1:20-cv-2245 (D.D.C. 2020 filed Aug. 18, 2020); *Huisha-Huisa v. Mayorka*s, No. 1:21-cv-100 (D.D.C. filed Jan. 12, 2021). I also served as class counsel in *Yanes v. Martin*, 464 F. Supp. 3d 467 (D.R.I. 2020), a class action that secured the release of more than two dozen immigration detainees during the Covid-19 pandemic.

5. Prior to the ACLU, I practiced at the Law Office of Robert B. Jobe in San Francisco, where I litigated scores of immigration actions before U.S. district courts, the Ninth Circuit, and other courts of appeals. I argued more than a dozen appeals before the Ninth Circuit, including many cases concerning the rights of asylum seekers. My notable cases included *Singh v. Whitaker*, 914 F.3d 654 (9th Cir. 2019) (reversing denial of asylum and withholding of removal), and *Agonafer v. Sessions*, 859 F.3d 1198 (9th Cir. 2017) (reversing denial of asylum applicant's motion to reopen removal proceedings). *See also, e.g., Sanghera v. Sessions*, 736 F. App'x 175 (9th Cir. 2018); *Gadidas Gonzalez v. Whitaker*, 744 F. App'x 387 (9th Cir. 2018); *Alcaraz-Enriquez v. Sessions*, 727 F. App'x 260 (9th Cir. 2018); *Tuifagalele v. Lynch*, 633 F. App'x 634 (9th Cir. 2015).

6. <u>Lee Gelernt</u>.  Lee Gelernt has been an attorney with the American Civil Liberties Union since 1992. He currently holds the positions of Deputy Director of the ACLU's national Immigrants' Rights Project, and Director of the Project's Program on Access to the Courts. Mr. Gelernt graduated from Columbia Law School in 1988.

7. Mr. Gelernt is a member of the New York bar, and he is admitted to practice in the U.S. Supreme Court, the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the U.S. District Courts for the Eastern District of New York and the Eastern District of Michigan. He has argued dozens of notable immigrants' rights cases at all levels of the federal court system, including in the U.S. Supreme Court, the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, and Eleventh Circuits, and in numerous district courts around the country.

8. Mr. Gelernt has served as lead counsel, or argued in, many class action immigration cases, including *RAICES v. Noem*, *Huisha-Huisha v. Mayorkas*, and *P.J.E.S. v. Wolf*, discussed above; *Ms. L. v. ICE* (involving the Trump administration's family separation practice); and a series of cases involving classes of long-term U.S. residents subject to deportation to countries where they feared death, persecution, or other harms. *See Hamama v. Adducci*, 258 F. Supp. 3d 828 (E.D. Mich. 2017), *vacated and remanded by* 912 F.3d 869 (6th Cir. 2018); *Devitri v. Cronen*, 290 F. Supp. 3d 86 (D. Mass. 2017); *Ibrahim v. Acosta*, No. 17-CV-24574, 2018 WL 582520 (S.D. Fla. Jan. 26, 2018); *Nak Kim Chhoeun v. Marin*, No. 17-CV-01898, 2018 WL 571503 (C.D. Cal. Jan. 25, 2018).

9. Mr. Gelernt is also lead counsel in numerous other systemic cases challenging the federal government's efforts to restrict noncitizens from accessing asylum. *See, e.g.*, *East Bay Sanctuary Covenant v. Barr*, 964 F.3d 832 (9th Cir. 2020) (affirming injunction of bar on asylum for individuals who transit through third country); *Capital Area Immigrants' Rights Coal. v. Trump*, 471 F. Supp 3d 25 (D.D.C. 2020) (vacating same bar); *East Bay Sanctuary Covenant v. Trump*, 950 F.3d 1242 (9th Cir. 2020) (affirming injunction of ban

of asylum for noncitizens entering between ports of entry); *East Bay Sanctuary Covenant v. Trump*, 932 F.3d 742 (9th Cir. 2018) (denying stay of same injunction), *stay denied*, 586 U.S. 1062 (2018); *M.A. v. Mayorkas*, No. 23-CV-1843 (D.D.C. filed June 23, 2023); *Las Americas Immigration Advocacy Ctr. v. DHS*, No. 24-CV-1702 (D.D.C. filed June 12, 2024).

10. Mr. Gelernt has also testified as an expert before both the U.S. Senate and House of Representatives on immigration issues. He served as a law clerk to the Honorable Frank M. Coffin, formerly of the First Circuit Court of Appeals. In addition to his work at the ACLU, Mr. Gelernt is an adjunct professor at Columbia Law School, and for many years taught at Yale Law School as an adjunct.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct.  Executed in Oakland, California.

Dated: December 18, 2025                                  /s/ *Morgan Russell*
                                                         MORGAN RUSSELL