UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*,<br><br>                    Plaintiffs,<br><br>      v.<br><br>PAMELA BONDI, *et al.*,<br><br>                    Defendants. | Civil Action No. 1:20-cv-116-EGS |

**DECLARATION OF ANWEN HUGHES IN SUPPORT OF CLASS CERTIFICATION**

I, Anwen Hughes, declare the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1.      I am co-counsel for Plaintiffs in the above-referenced action and submit this declaration in support of their Motion for Class Certification and on behalf of myself and my colleague, Inyoung Hwang, as proposed class counsel.

2.      I am Director of Legal Strategy for Refugee Programs at Human Rights First ("HRF"). I submit this declaration based on my own personal knowledge and could testify to the facts stated herein if needed.

3.      HRF is a non-governmental organization that employs different forms of advocacy including litigation to ensure U.S. compliance with its human rights commitments, primarily in the treatment of refugees. Since 1978, HRF has worked to defend the rights of noncitizens domestically in immigration proceedings and beyond. HRF currently provides pro bono legal representation to hundreds of asylum seekers and other noncitizens in their immigration

1

proceedings. HRF has been and is currently involved in various class-action lawsuits challenging federal laws, regulations, and policies that strip noncitizens of their protected rights.

4. I have been with HRF since 1999 and in that time have practiced exclusively in the field of immigration and refugee law. I have supervised the representation of hundreds of asylum seekers in addition to hundreds of others whom I have represented myself, have advised on class-action litigation and other civil suits brought by HRF to challenge immigration policies affecting the rights of asylum seekers, and have represented and advised on the representation of noncitizens in federal appeals of their removal orders and in district court actions challenging their detention or in connection with individual applications for benefits.

5. I am currently class counsel in two high-profile federal lawsuits challenging the Trump administration's immigration policies: *D.V.D., et al. v. U.S. Department of Homeland Security, et al.*, Case No. 25-cv-10676 ((D. Mass filed on Mar. 23, 2025) ("D.V.D. Litigation") and *Doe, et al. v. Noem, et al.*, Case No. 25-cv-10495 (D. Mass filed on Feb. 28, 2025) ("Doe Litigation").

6. I am admitted to practice law in New Jersey and before the U.S. Court of Appeals for the Third Circuit and the U.S. District Courts for the Districts of New Jersey and the Western District of Wisconsin. I received my law degree from Yale Law School and for the past 11 years have taught asylum and refugee law as an adjunct at New York University Law School.

7. In recent weeks my colleagues in HRF's representation program and I have seen counsel for the Department of Homeland Security file motions to pretermit HRF clients' protection applications based on the Rule and the other challenged policies implementing the ACAs, have seen motions to pretermit filed in other cases at court hearings we were attending, and have corresponded with immigration lawyers, asylum seekers, and community members around the

country coping with DHS motions to pretermit their applications for protection on these same grounds. Based on those communications, it is clear to me that the government has already sought to pretermit at least hundreds of noncitizens' applications for asylum, withholding of removal, and/or CAT protection so far this year based on the ACAs and the policies challenged in this case.

8.      My colleague, Inyoung Hwang, is also working on this case. Ms. Hwang is Senior Litigation Counsel at HRF. In this capacity, Ms. Hwang advances the HRF's impact litigation. She is admitted to practice law in New York and before the U.S. District Court for the Southern District of New York as well as the Eastern District of New York. Ms. Hwang has been a litigator for over 15 years. She has extensive experience working on complex litigation matters both in the public and private sectors, as well as in the criminal and civil contexts. Ms. Hwang spent more than eight years in private practice with an international law firm where she specialized in complex commercial litigation. In that time, she worked on cases in which the firm defended private institutional clients against class-action lawsuits in both state and federal courts. She also maintained an extensive pro bono practice which included representing asylum clients in removal proceedings. After her time in private practice, Ms. Hwang moved to the public sector focusing her work on the investigation and litigation of human rights cases as well as international criminal justice efforts. Ms. Hwang joined HRF in April 2025 and is also Plaintiffs' counsel in the D.V.D. Litigation and the Doe Litigation. Ms. Hwang received her law degree from the George Washington University School of Law. She also holds a Master of Studies in International Human Rights Law from the University of Oxford.

9.      Ms. Hwang and I have been involved in the investigation of facts relevant to this case and in the preparation of this lawsuit. We are not being compensated for representing the Plaintiffs in this litigation or the putative class members. Our representation is on a pro bono basis.

10. I am aware of no conflicts of interest which would hinder the ability of the HRF, Ms. Hwang, or myself to serve as counsel in this litigation. HRF has sufficient resources to litigate this case and HRF, Ms. Hwang, and I are firmly committed to zealously representing the Plaintiffs and the proposed class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 18, 2025, in New York, New York.

/s/ Anwen Hughes
Anwen Hughes
*Counsel for Plaintiffs and the Proposed Class*