IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>*Defendants*. | No.  1:20-cv-116-EGS |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This matter came before the Court on Plaintiffs' motion for class certification. Having considered the motion, the arguments of the parties, and the record in this case, and having otherwise been fully advised, the Court finds that there is good cause to GRANT Plaintiffs' motion and hereby ORDERS as follows:

1. The requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2) are met, including that:

    a. The class is so numerous that joinder of all members is impracticable;

    b. There are multiple questions of law and fact common to the class;

    c. The claims and defenses of the representative parties are typical of the claims and defenses of the class;

    d. The representative parties will fairly and adequately protect the interests of the class.

  e. The party opposing the class has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

2. This case is certified as a class action on behalf of: All noncitizens whom Defendants have sought or will seek to bar from asylum, withholding of removal, or protection under the Convention Against Torture in removal proceedings under 8 U.S.C. § 1229a on the basis that they can be removed to a third country under an Asylum Cooperative Agreement pursuant to the Rule, Guidance, or Designations.

3. Plaintiffs J.C., A.S., Y.A., E.M., L.H., Y.V., D.M., I.B., A.M., M.S., M.A., L.T., A.T., A.J., N.S., D.D., N.V., M.O., S.M., J.M., and J.D. are appointed as Class Representatives.

4. Plaintiffs' counsel from the American Civil Liberties Union Foundation, the National Immigrant Justice Center, the Center for Gender & Refugee Studies, Human Rights First, and the American Civil Liberties Union Foundation of the District of Columbia are hereby appointed as counsel for the Plaintiff Class.

IT IS SO ORDERED, this _____ day of _____, 2025

                     _____
                     Honorable Emmet G. Sullivan
                     United States District Judge