UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.T., *et al.*,<br>          Plaintiffs,<br><br>          *v.*<br><br>PAMELA BONDI, Attorney General of the<br>United States, in her official capacity, *et al.*,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-116-EGS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' UNOPPOSED MOTION TO STAY DEADLINE TO RESPOND TO
FIRST AMENDED COMPLAINT**

Defendants submit this unopposed motion to stay their deadline to respond to the first

amended complaint, ECF No. 166, which is currently due on January 5, 2025, *see* Minute Order

(Nov. 25, 2025). Defendants request that their deadline to respond to the first amended complaint

be stayed until 14 days after the Court resolves Plaintiffs' pending Motion for Leave to File Second

Amended Complaint, ECF No. 173. Counsel for Plaintiffs informed undersigned counsel that

Plaintiffs do not oppose this motion.

There is good cause to grant this motion. Defendants have reviewed Plaintiffs' proposed

second amended complaint and are opposed to Plaintiffs' motion for leave to amend. Defendants

will therefore file a brief in opposition to Plaintiffs' motion and Plaintiffs will file a reply brief in

support. Staying the deadline for Defendants to respond to the first amended complaint would

preserve the resources of the Court and the parties because, if the Court allows Plaintiffs to amend

the current complaint, the new complaint will supersede the current complaint. *See Nat'l City

Mortg. Co. v. Navarro*, 220 F.R.D. 102, 106 (D.D.C. 2004).

Accordingly, Defendants request that the Court stay Defendants' deadline to respond to the first amended complaint until 14 days after the resolution of Plaintiffs' Motion for Leave to File Second Amended Complaint. A proposed order is attached hereto.

Dated: December 22, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CARA E. ALSTERBERG
Acting Assistant Director

/s/ Joseph A. McCarter
JOSEPH A. MCCARTER
TOLA MYCZKOWSKA
Trial Attorneys
Office of Immigration Litigation,
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 746-8537
Joseph.A.McCarter@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.T., *et al.*,<br>            Plaintiffs,<br><br>            *v.*<br><br>PAMELA BONDI, Attorney General of the<br>United States, in her official capacity, *et al.*,<br>            Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-116-EGS<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED]  ORDER**

Upon consideration of Defendants' motion to stay deadline to respond to first amended complaint, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants' date to file a response to the first amended complaint (ECF No. 166) is stayed until 14 days after the Court resolves Plaintiffs' motion for leave to file second amended complaint (ECF No. 173).

IT IS SO ORDERED.

Dated:

_____
Hon. Emmet G. Sullivan
District Judge