UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, *et al.*, <br><br> Defendants. | Civil Action No. 1:20-cv-116-EGS |

**PLAINTIFFS' NOTICE IN RESPONSE TO JANUARY 8, 2026 MINUTE ORDER**

In response to the Court's minute order dated January 8, 2026, Plaintiffs state that they have no objection to the Court posting on the public docket the Order previously entered under seal at ECF No. 178; *see also* ECF No. 175-10 (proposed order).

Dated: January 12, 2026                              Respectfully submitted,

                                                      s/ Lee Gelernt
                                                      Lee Gelernt

                                                     *Attorney for Plaintiffs*