UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.T., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAMELA BONDI, *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-116-EGS |

**PLAINTIFFS' <u>UNOPPOSED</u> MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION FROM JANUARY 23, 2025 TO JANUARY 30, 2025**

Plaintiffs respectfully move the Court for a one-week extension of the deadline by which to file their reply in support of their motion for class certification (ECF No. 174). Following the Court's grant of a two-week extension of Defendants' deadline to respond to the class certification motion, which Plaintiffs did not oppose (ECF No. 176), Defendants filed their opposition to that motion on Friday, January 16, 2025 (ECF No. 181). Therefore, Plaintiffs' reply is currently due on Friday, January 23, 2025. A one-week extension of that deadline is necessary due to significant other commitments and deadlines among Plaintiffs' counsel this week. Plaintiffs therefore request a one-week extension of their reply deadline from Friday, January 23, 2025, to Friday, January 30, 2025.

Plaintiffs intend to file their reply in support of their pending motion for leave to file a second amended complaint (ECF No. 173) by the current deadline of January 23, 2025.

Pursuant to Local Civil Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants and the latter stated that Defendants do not oppose this motion for extension.

1

Dated: January 19, 2025                                  Respectfully submitted,

| | |
|---|---|
| Keren Zwick (D.D.C. Bar. No. IL0055) | s/ Lee Gelernt |
| Mary Georgevitch** | Lee Gelernt* |
| Gerardo Romo** | Omar Jadwat* |
| Mark Fleming* | Natalie Behr** |
| Charles G. Roth* | American Civil Liberties Union Foundation, |
| National Immigrant Justice Center | Immigrants' Rights Project |
| 111 W. Jackson Blvd., Suite 800 | 125 Broad Street, 18th Floor |
| Chicago, IL 60604 | New York, NY 10004 |
| (312) 660-1370 | (212) 549-2660 |
| kzwick@immigrantjustice.org | lgelernt@aclu.org |
| mgeorgevich@immigrantjustice.org | ojadwat@aclu.org |
| gromo@immigrantjustice.org | irp_nbehr@aclu.org |
| mfleming@immigrantjustice.org | |
| croth@immigrantjustice.org | Morgan Russell* |
| | American Civil Liberties Union Foundation |
| Melissa Crow (D.C. Bar No. 453487) | Immigrants' Rights Project |
| Center for Gender & Refugee Studies | 425 California Street, Suite 700 |
| 1901 Pennsylvania Avenue, NW | San Francisco, CA 94104 |
| Suite 900, PMB 228 | (415) 343-0770 |
| Washington, DC 20006 | mrussell@aclu.org |
| (202) 355-4471 | |
| crowmelissa@uclawsf.edu | Arthur B. Spitzer (D.C. Bar No. 235960) |
| | Scott Michelman (D.C. Bar No. 1006945) |
| Blaine Bookey** | American Civil Liberties Union Foundation of |
| Peter Habib** | the District of Columbia |
| Center for Gender & Refugee Studies | 529 14th Street NW, Suite 722 |
| 200 McAllister St. | Washington, D.C. 20045 |
| San Francisco, CA 94102 | (202) 457-0800 |
| (415) 565-4877 | aspitzer@acludc.org |
| bookeybl@uclawsf.edu | smichelman@acludc.org |
| habibpeter@uclawsf.edu | |
| | *Attorneys for Plaintiffs* |
| Anwen Hughes** | * *Appearing pro hac vice or pro bono* |
| Inyoung Hwang** | ** *Application for admission pro hac vice or* |
| Human Rights First | |
| 121 W. 36th St., PMB 520 | *pro bono appearance forthcoming* |
| New York, NY 10004 | |
| (202) 547-5692 | |
| hughesa@humanrightsfirst.org | |

hwangs@humanrightsfirst.org