**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-116-EGS |
| TODD BLANCHE,[1] *et al.*, | |
| Defendants. | |

**JOINT STIPULATION AND MOTION TO SET SCHEDULE FOR DOCUMENT
PRODUCTION AND SUMMARY JUDGMENT BRIEFING**

The Parties, having met and conferred, jointly request that the Court adopt the following

proposed schedule for proceedings in this case following an order by this Court ("Amendment

Order") resolving Plaintiffs' pending Motion for Leave to File Second Amended Complaint, ECF

No. 173 (Dec. 19, 2025).

**Proposed Production Schedule**

- 14 days after Amendment Order: Defendants produce (1) the full-and-fair determination memoranda issued by the Secretary of Homeland Security and Attorney General challenged in the operative complaint; and (2) the agency guidance documents issued by U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations, ICE Office of the Principal Legal Advisor, and the Executive Office for Immigration Review challenged in the operative complaint.

- 20 days after Amendment Order: Defendants produce the administrative records for the above-referenced full-and-fair determination memoranda and agency guidance documents.[2]

---

[1] Under Federal Rule of Civil Procedure 25(d), current Acting Attorney General Todd Blanche is automatically substituted in place of Pamela Bondi.
[2] Defendants previously produced the administrative record for the interim final rule at issue in this case.

1

- 26 days after Amendment Order: Plaintiffs raise any objections concerning the administrative records in writing to Defendants.

- 33 days after Amendment Order: Parties meet and confer to attempt to resolve any administrative record disputes.

- 37 days after Amendment Order: Parties file joint status report addressing any remaining administrative record disputes and proposals for how to resolve them.

**Proposed Summary Judgment Briefing Schedule**

- 41 days after Amendment Order: Plaintiffs' motion for summary judgment.

- 48 days after Amendment Order: Amicus briefs supporting Plaintiffs' motion for summary judgment.

- 67 days after Amendment Order: Defendants' cross-motion for summary judgment and opposition.

- 74 days after Amendment Order: Amicus briefs supporting Defendants' cross-motion for summary judgment and opposition.

- 83 days after Amendment Order: Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply.

- 102 days after Amendment Order: Defendants' reply.

The Parties further agree that, if the Court adopts the foregoing proposed schedule: (1) all documents to be produced by Defendants will be subject to a protective order to be proposed by the Parties; and (2) Plaintiffs will not seek a preliminary injunction in this case.

Accordingly, the Parties request that the Court issue an order adopting the foregoing proposed schedule. A proposed order consistent with this request is attached.

Dated: April 27, 2026

Respectfully submitted,

s/ Lee Gelernt
Lee Gelernt
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004

2

(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

CARA E. ALSTERBERG
Acting Assistant Director

s/ Joseph McCarter
JOSEPH MCCARTER
TOLA MYCZKOWSKA
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box Ben Franklin Station
Washington, DC 20044
Joseph.A.McCarter@usdoj.gov
(202) 746-8537

*Attorney for Defendants*

3