**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>TODD BLANCHE, *et al.*,<br><br>    Defendants. | Civil Action No. 1:20-cv-116-EGS |

**[~~PROPOSED~~] ORDER SETTING SCHEDULE FOR DOCUMENT PRODUCTION
AND SUMMARY JUDGMENT BRIEFING**

In view of the Parties' Joint Stipulation and Motion to Set Schedule for Document Production and Summary Judgment Briefing, and for good cause shown, the Court orders that the Parties shall adhere to the following schedule upon issuance of an order by this Court ("Amendment Order") resolving Plaintiffs' Motion for Leave to File Second Amended Complaint, ECF No. 173 (Dec. 19, 2025).

**Document Production Schedule**

- 14 days after Amendment Order: Defendants shall produce (1) the full-and-fair determination memoranda issued by the Secretary of Homeland Security and Attorney General challenged in the operative complaint; and (2) the agency guidance documents issued by U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations, ICE Office of the Principal Legal Advisor, and the Executive Office for Immigration Review challenged in the operative complaint.

- 20 days after Amendment Order: Defendants shall produce the administrative records for the above-referenced full-and-fair determination memoranda and agency guidance documents.

- 26 days after Amendment Order: Plaintiffs shall raise any objections concerning the administrative records in writing to Defendants.

1

- <u>33 days after Amendment Order</u>: The Parties shall meet and confer to attempt to resolve any administrative record disputes.

- <u>37 days after Amendment Order</u>: The Parties shall file a joint status report addressing any remaining administrative record disputes and proposals for how to resolve them.

**~~Proposed~~ Summary Judgment Briefing Schedule**

- <u>41 days after Amendment Order</u>: Plaintiffs' motion for summary judgment.

- <u>48 days after Amendment Order</u>: Amicus briefs supporting Plaintiffs' motion for summary judgment.

- <u>67 days after Amendment Order</u>: Defendants' cross-motion for summary judgment and opposition.

- <u>74 days after Amendment Order</u>: Amicus briefs supporting Defendants' cross-motion for summary judgment and opposition.

- <u>83 days after Amendment Order</u>: Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply.

- <u>102 days after Amendment Order</u>: Defendants' reply.

IT IS SO ORDERED, this ____27th____ day of ____April____, 2026

_____
Honorable Emmet G. Sullivan
United States District Judge

2