**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

U.T., *et al.*,

Plaintiffs,

v.

TODD BLANCHE, *et al.*,

Defendants.

Civil Action No. 1:20-cv-116-EGS

## JOINT MOTION TO RESET DEADLINES

On April 27, 2026, the Court issued a scheduling Order (ECF No. 188) setting deadlines for further litigation in this case running from the Court's resolution of Plaintiffs' then-pending amendment motion. The Court resolved the amendment motion on September 21, 2026. *See* ECF Nos. 200, 201, 202. The parties, having met and conferred, now jointly request that the Court reset the deadlines in its April 27, 2026 Order, to avoid conflicts with the November and December holidays and planned leave of counsel. The parties respectfully propose that the Court order the following deadlines:

- <u>October 5, 2026 (unchanged from current schedule)</u>: Defendants shall produce (1) the full-and-fair determination memoranda issued by the Secretary of Homeland Security and Attorney General challenged in the operative complaint; and (2) the agency guidance documents issued by U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations, ICE Office of the Principal Legal Advisor, and the Executive Office for Immigration Review challenged in the operative complaint.

- <u>October 13, 2026 (unchanged from current schedule)</u>: Defendants shall produce the administrative records for the above-referenced full-and-fair determination memoranda and agency guidance documents.

- November 9, 2026 (extension of 21 days from current schedule): Plaintiffs shall raise any objections concerning the administrative records in writing to Defendants.

- November 16, 2026 (extension of 21 days from current schedule): The Parties shall meet and confer to attempt to resolve any administrative record disputes.

- November 18, 2026 (extension of 21 days from current schedule): The Parties shall file a joint status report addressing any remaining administrative record disputes and proposals for how to resolve them.

- November 23, 2026 (extension of 21 days from current schedule): Plaintiffs' motion for summary judgment.

- November 30, 2026 (extension of 21 days from current schedule): Amicus briefs supporting Plaintiffs' motion for summary judgment.

- December 18, 2026 (extension of 21 days from current schedule): Defendants' cross-motion for summary judgment and opposition.

- December 29, 2026 (extension of 25 days from current schedule): Amicus briefs supporting Defendants' cross-motion for summary judgment and opposition.

- January 11, 2027 (extension of 28 days from current schedule): Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply.

- February 8, 2027 (extension of 35 days from current schedule): Defendants' reply.

A proposed order consistent with this request is attached.

Dated: October 5, 2026

Respectfully submitted,

s/ Lee Gelernt
Lee Gelernt
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

CARA E. ALSTERBERG
Assistant Director

s/ Joseph McCarter
JOSEPH MCCARTER
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box Ben Franklin Station
Washington, DC 20044
Joseph.A.McCarter@usdoj.gov
(202) 746-8537

*Attorney for Defendants*