**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

U.T., *et al.*,

Plaintiffs,

v.

TODD BLANCHE, *et al.*,

Defendants.

Civil Action No. 1:20-cv-116-EGS

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO RESET DEADLINES**

In consideration of the parties' joint motion, and for good cause shown, the Court orders that the deadlines previously set forth in its April 27, 2026, scheduling Order (ECF No. 188) are hereby modified as follows:

- October 5, 2026: Defendants shall produce (1) the full-and-fair determination memoranda issued by the Secretary of Homeland Security and Attorney General challenged in the operative complaint; and (2) the agency guidance documents issued by U.S. Citizenship and Immigration Services, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations, ICE Office of the Principal Legal Advisor, and the Executive Office for Immigration Review challenged in the operative complaint.

- October 13, 2026: Defendants shall produce the administrative records for the above-referenced full-and-fair determination memoranda and agency guidance documents.

- November 9, 2026: Plaintiffs shall raise any objections concerning the administrative records in writing to Defendants.

- November 16, 2026: The Parties shall meet and confer to attempt to resolve any administrative record disputes.

- November 18, 2026: The Parties shall file a joint status report addressing any remaining administrative record disputes and proposals for how to resolve them.

- November 23, 2026: Plaintiffs' motion for summary judgment.
- November 30, 2026: Amicus briefs supporting Plaintiffs' motion for summary judgment.
- December 18, 2026: Defendants' cross-motion for summary judgment and opposition.
- December 29, 2026: Amicus briefs supporting Defendants' cross-motion for summary judgment and opposition.
- January 11, 2027: Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply.
- February 8, 2027: Defendants' reply.

IT IS SO ORDERED, this _________ day of _________, 2026

_________________________
Honorable Emmet G. Sullivan
United States District Judge