**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-116-EGS |

**[UNOPPOSED] MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE CERTIFIED ADMINISTRATIVE RECORDS**

On October 5, 2026, the Court granted the parties' joint motion and reset case deadlines. Under the operative schedule, Defendants' deadline to produce the certified administrative records is this Tuesday, October 13, 2026. *See* Minute Order (Oct. 5, 2026).

Defendants hereby request a one-day extension of the October 13 administrative-record production deadline; *i.e.*, until Wednesday, October 14, 2026. While Defendants hope to have all administrative records finalized by October 13, Defendants need an additional day to ensure time to confirm record document confidentiality designations, particularly with U.S. government employees in various overseas offices.

Defendants conferred with Plaintiffs on October 9, 2026. Plaintiffs' counsel informed the undersigned counsel for Defendants that Plaintiffs do not oppose this motion.

Accordingly, Defendants respectfully request that the Court grant this motion and extend the administrative-record production deadline by one day, which would make the new deadline October 14, 2026.

A proposed order consistent with this request is attached.

Dated: October 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CARA E. ALSTERBERG
Assistant Director

s/ Joseph McCarter
JOSEPH MCCARTER
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box Ben Franklin Station
Washington, DC 20044
Joseph.A.McCarter@usdoj.gov
(202) 746-8537

*Attorneys for Defendants*