**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-116-EGS |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEFENDANTS' DEADLINE TO PRODUCE CERTIFIED ADMINISTRATIVE RECORDS**

In consideration of Defendants' unopposed motion, and for good cause shown, the Court orders that the October 13, 2026, deadline for Defendants to produce the administrative records is extended by one day. Defendants' new deadline to produce the administrative records is October 14, 2026.

IT IS SO ORDERED, this _________ day of October, 2026

____________________________
Honorable Emmet G. Sullivan
United States District Judge