**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-116-EGS |

**JOINT MOTION TO SET PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFS**

The Court has adopted and ordered the parties' proposed schedule for the upcoming summary judgment briefing in this case, which provides for four briefs on the cross-motions for summary judgment. *See* Order, ECF No. 188 (Apr. 27, 2026); Minute Order, Oct. 5, 2026. That four-brief schedule parallels the arrangement proposed by the parties and ordered by the Court for the prior round of summary judgment briefing in early 2020. *See* Minute Order, Jan. 27, 2020; Minute Order Parties, Jan. 28, 2020.

Local Civil Rule 7(e), which sets page limits for memoranda concerning motions, addresses page limits for three briefs concerning a motion—rather than four briefs on cross-motions—and requires a Court order to deviate from the page limits set by rule. For the cross-motions in 2020, therefore, the parties proposed, and the Court adopted, specific page limits: 45 pages for Plaintiffs' brief in support of their motion for summary judgment; 65 pages for Defendants' brief in support of their cross-motion and in opposition to Plaintiffs' motion; 45 pages for Plaintiffs' opposition and reply; and 25 pages for Defendants' reply. *See* Minute Order, Jan. 27, 2020; Joint Statement on Scheduling, ECF No. 19 (Jan. 25, 2020).

It has come to the parties' attention that they failed to include in their equivalent scheduling motion for the upcoming cross-motions for summary judgment a request that the Court specify page limits for the briefs. The parties therefore now jointly request that the Court adopt the same page limits requested and ordered for the briefing in 2020: 45 pages for Plaintiffs' brief in support of their motion for summary judgment; 65 pages for Defendants' brief in support of their cross-motion and in opposition to Plaintiffs' motion; 45 pages for Plaintiffs' opposition and reply; and 25 pages for Defendants' reply.

A proposed order consistent with this request is attached.

Dated: November 13, 2026

Respectfully submitted,

s/ Lee Gelernt
Lee Gelernt
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs*

JONATHAN D. GUYNN
Acting Assistant Attorney General

CARA E. ALSTERBERG
Assistant Director

s/ Joseph McCarter
JOSEPH MCCARTER
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box Ben Franklin Station
Washington, DC 20044
Joseph.A.McCarter@usdoj.gov
(202) 746-8537

*Attorney for Defendants*