**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-116-EGS |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SET PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFS**

In consideration of the parties' Joint Motion to Set Page Limits for Summary Judgment Briefs, and for good cause shown, the Court grants the motion and orders the following page limits for the upcoming summary judgment briefs:

- Plaintiffs' brief in support of their motion for summary judgment shall not exceed 45 pages;
- Defendants' brief in support of their cross-motion for summary judgment and in opposition to Plaintiffs' motion shall not exceed 65 pages;
- Plaintiffs' opposition and reply brief shall not exceed 45 pages; and
- Defendants' reply brief shall not exceed 25 pages.

IT IS SO ORDERED, this __________ day of __________, 2026

______________________________
Honorable Emmet G. Sullivan
United States District Judge