**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

U.T., *et al.*,

Plaintiffs,

v.

TODD BLANCHE, *et al.*,

Defendants.

Civil Action No. 1:20-cv-116-EGS

**JOINT STATUS REPORT CONCERNING STATUS OF PRODUCTION DISPUTES**

The parties submit this joint status report in accordance with the Court's order directing them to "file a joint status report addressing any remaining administrative record disputes and proposals for how to resolve them." Minute Order, Oct. 5, 2026.

In accordance with the schedule set by the Court, Plaintiffs initially raised a number of questions concerning Defendants' production, and the parties met and conferred and were able to resolve many of those issues. However, one set of issues remain unresolved at this time and the parties would benefit from additional time to consider how to proceed in light of those remaining issues.

The parties therefore respectfully propose that they shall file a further joint status report no later than tomorrow, November 19, 2026, concerning the status of any still-unresolved administrative record disputes and their proposals for how to resolve them.

Dated: November 18, 2026

Respectfully submitted,

s/ Lee Gelernt
Lee Gelernt
American Civil Liberties Union Foundation,
Immigrants' Rights Project

125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

*Attorney for Plaintiffs*

JONATHAN D. GUYNN
Acting Assistant Attorney General

CARA E. ALSTERBERG
Assistant Director

s/ Joseph McCarter
JOSEPH MCCARTER
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box Ben Franklin Station
Washington, DC 20044
Joseph.A.McCarter@usdoj.gov
(202) 746-8537

*Attorney for Defendants*