**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-116-EGS |

**JOINT MOTION TO RESET DEADLINES**

The parties, having met and conferred, jointly request that the Court reset the deadlines in its October 5, 2026 Order to enable them to resolve one set of outstanding disputes regarding certain redactions in the Administrative Record and, if necessary, seek this Court's intervention. Plaintiffs believe the redacted information may be critical to their arguments in support of summary judgment. Accordingly, the parties respectfully propose that the Court extend the existing deadlines in this case by seven weeks:

- January 11, 2027: Plaintiffs' motion for summary judgment.
- January 18, 2027: Amicus briefs supporting Plaintiffs' motion for summary judgment.
- February 5, 2027: Defendants' cross-motion for summary judgment and opposition.
- February 17, 2027: Amicus briefs supporting Defendants' cross-motion for summary judgment and opposition.
- March 1, 2027: Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply.
- March 29, 2027: Defendants' reply.

The parties further request that the Court accept this motion in place of the Joint Status Report they had planned to submit today.

A proposed order consistent with these requests is attached.

Dated: November 19, 2026

Respectfully submitted,

s/ Melissa Crow
Melissa Crow
Center for Gender & Refugee Studies
1901 Pennsylvania Avenue, NW
Suite 900, PMB 228
(202) 355-4471
crowmelissa@uclawsf.edu

*Attorney for Plaintiffs*

JONATHAN D. GUYNN
Acting Assistant Attorney General

CARA E. ALSTERBERG
Assistant Director

s/ Joseph McCarter
JOSEPH MCCARTER
Trial Attorney
Dept. of Justice, Civil Division
Office of Immigration Litigation
P.O. Box Ben Franklin Station
Washington, DC 20044
Joseph.A.McCarter@usdoj.gov
(202) 746-8537

*Attorney for Defendants*