**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.T., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Defendants. | Civil Action No. 1:20-cv-116-EGS |

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO RESET DEADLINES**

In consideration of the parties' joint motion and for good cause shown, the Court orders that the deadlines previously set forth in its October 5, 2026, Order are hereby modified as follows:

January 11, 2027: Plaintiffs' motion for summary judgment.

January 18, 2027: Amicus briefs supporting Plaintiffs' motion for summary judgment.

February 5, 2027: Defendants' cross-motion for summary judgment and opposition.

February 17, 2027: Amicus briefs supporting Defendants' cross-motion for summary judgment and opposition.

March 1, 2027: Plaintiffs' opposition to Defendants' cross-motion for summary judgment and reply.

March 29, 2027: Defendants' reply.

In addition, the Court accepts the parties' motion in place of the Joint Status Report they had planned to submit on November 19, 2026.

IT IS SO ORDERED, this __________ day of __________, 2026

______________________________
Honorable Emmet G. Sullivan
United States District Judge